UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Lucas Pelletier,<br><br>  Defendant.<br>_____/ | Case: 1:25-cr-20351<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 05-14-2025<br>Violations:<br>18 U.S.C. §§ 1591(a), (b)(2), (c), and 1594(a)<br>18 U.S.C. § 2251(a) and (e)<br>18 U.S.C. § 875(d)<br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2252A(a)(5) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Sex Trafficking of Children and Attempted Sex Trafficking of Children
### 18 U.S.C. §§ 1591(a), (b)(2), (c), and 1594(a)

Between on or about May 21, 2024, and September 1, 2024, in the Eastern District of Michigan, defendant, Lucas Pelletier, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained, by any means a person, namely, MV1, knowing, and in reckless disregard of the fact, and having had reasonable opportunity to observe MV1, that MV1 had not attained the age of 18 years and would be caused to engage in a commercial sex act and attempted to do so.

All in violation of Title 18, United States Code, Sections 1591(a), (b)(2), (c), and 1594(a).

## COUNT TWO
### Sex Trafficking of Children and Attempted Sex Trafficking of Children
### 18 U.S.C. §§ 1591(a), (b)(2), (c), and 1594(a)

On or about July 3, 2024, in the Eastern District of Michigan, defendant, Lucas Pelletier, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained, by any means a person, namely, MV2, knowing, and in reckless disregard of the fact that MV2 had not attained the age of 18 years and would be caused to engage in a commercial sex act and attempted to do so.

All in violation of Title 18, United States Code, Sections 1591(a), (b)(2), (c), and 1594(a).

## COUNT THREE
### Sexual Exploitation of a Minor
### 18 U.S.C. § 2251(a) and (e)

During the months of May 2024, and June 2024, in the Eastern District of Michigan, defendant, Lucas Pelletier, knowingly employed, used, persuaded, induced, enticed, and coerced MV1, a minor child who had not attained the age of 18 years, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility

of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, or attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FOUR
### Sexual Exploitation and Attempted Sexual Exploitation of a Minor
### 18 U.S.C. § 2251(a) and (e)

Between March 2023, and June 2023, in the Eastern District of Michigan, defendant, Lucas Pelletier, knowingly employed, used, persuaded, induced, enticed, and coerced MV3, a minor child who had not attained the age of 18 years, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign

commerce and in and affecting interstate and foreign commerce, or attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FIVE
### Sexual Exploitation and Attempted Sexual Exploitation of a Minor
### 18 U.S.C. § 2251(a) and (e)

Between June 2023, and April 2024, in the Eastern District of Michigan, defendant, Lucas Pelletier, knowingly employed, used, persuaded, induced, enticed, and coerced MV4, a minor child who had not attained the age of 18 years, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, or attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT SIX
### Sexual Exploitation and Attempted Sexual Exploitation of a Minor
### 18 U.S.C. § 2251(a) and (e)

Between August 2024, and September 2024, in the Eastern District of Michigan, defendant, Lucas Pelletier, knowingly employed, used, persuaded, induced, enticed, and coerced MV5, a minor child who had not attained the age of 18 years, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, or attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT SEVEN
### Interstate Communications with Intent to Extort
### 18 U.S.C. § 875(d)

On or about September 11, 2024, in the Eastern District of Michigan, the defendant, Lucas Pelletier, knowingly transmitted in interstate and foreign commerce, with intent to extort from a person a thing of value, a communication

5

using the Snapchat messaging system containing a threat to injure the reputation of a victim, in violation of Title 18, United States Code, Section 875(d).

## COUNT EIGHT
### Distribution of Child Pornography
### 18 U.S.C. § 2252A(a)(2) and (b)(1)

Between May of 2024 and November of 2024, in the Eastern District of Michigan, defendant, Lucas Pelletier, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including a computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## COUNT NINE
### Distribution of Child Pornography
### 18 U.S.C. § 2252A(a)(2) and (b)(1)

On or about January 7, 2025, in the Eastern District of Michigan, defendant, Lucas Pelletier, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including a computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

6

## COUNT TEN
### Receipt of Child Pornography
### 18 U.S.C. § 2252A(a)(2) and (b)(1)

On or about January 7, 2025, in the Eastern District of Michigan, defendant, Lucas Pelletier, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including a computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## COUNT ELEVEN
### Possession of Child Pornography
### 18 U.S.C. § 2252A(a)(5) and (b)(2)

On or about January 8, 2025, in the Eastern District of Michigan, defendant, Lucas Pelletier, knowingly possessed one or more computer hard drives, cell phones, cameras, DVDs, magazines, periodicals, and other material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of a prepubescent minor and a minor who had not attained 12 years of age engaged in sexually explicit conduct, that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed,

and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5) and (b)(2).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. §§ 1594(d), 981(a)(1)(C), 2253(a) and 28 U.S.C. § 2461(c)

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 1594(d), 981(a)(1)(C), 2253(a) and 28 U.S.C. § 2461(c).

2. Upon conviction of one or more of the offenses charged in Counts One and Two of the Indictment, Defendant shall, pursuant to Title 18, United States Code, Section 1594(d), forfeit to the United States the following:

   1. Any interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property;

   2. Any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, from such offense or any property traceable to such property.

3. Upon conviction of one or more of the offenses charged in Counts Three, Four, Five, Six, Eight, Nine, Ten and Eleven of the Indictment, Defendant shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

  a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

  b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4. Upon conviction of the offense charged in Count Seven of the Indictment, Defendant shall, pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461(c), forfeit to the United States any property, real or personal, constituting or derived from proceeds traceable to a violation of section 875.

5. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

  a. Cannot be located upon the exercise of due diligence;

  b. Has been transferred or sold to, or deposited with, a third party;

  c. Has been placed beyond the jurisdiction of the Court;

  d. Has been substantially diminished in value; or

  e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Dated: May 14, 2025

THIS IS A TRUE BILL

<u>s/*Grand Jury Foreperson*</u>
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

<u>s/*Anthony P. Vance*</u>
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

<u>s/*Katharine Hemann*</u>
KATHARINE HEMANN
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes     X No | **AUSA's Initials:** KH |

**Case Title:** USA v. Lucas Pelletier

**County where offense occurred**   Bay County

**Check One:**   X **Felony**     ☐ **Misdemeanor**     ☐ **Petty**

   x   Indictment/ ____ Information --- no prior complaint.
   ____ Indictment/ ____ Information --- based upon prior complaint [Case number:]
   ____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

   ☐ Corrects errors; no additional charges or defendants.
   ☐ Involves, for plea purposes, different charges or adds counts.
   ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: May 14, 2025

s/Katharine Hemann
Katharine Hemann
Assistant United States Attorney
101 First St, Suite 200, Bay City, MI 48708
989-895-5712
E-Mail address: Katharine.hemann@usdoj.gov
Attorney Bar:   WSBA #46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.